```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

            Plaintiff,

-against-

JACOB BARAK and POST GRADUATE CENTER FOR MENTAL HEALTH,

            Defendants.

25-CV-515 (AT) (BCM)

**ORDER OF SERVICE**

**BARBARA MOSES, United States Magistrate Judge.**

    To allow plaintiff to serve the Amended Complaint (Dkt. 11) through the U.S. Marshals Service (USMS), the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for defendants Jacob Barak and Post Graduate Center for Mental Health. The Clerk of Court is further instructed to (1) issue an amended summons as to each defendant, and (2) deliver to the USMS a copy of this order, the amended summonses, and all other paperwork necessary for the USMS to effect service on defendants.

Dated: New York, New York
       March 12, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**