```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

        Plaintiff,

-against-

JACOB BARAK and POST GRADUATE CENTER FOR MENTAL HEALTH,

        Defendants.

25-CV-515 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Quintin J. Ballentine, proceeding pro se, alleges in his Second Amended Complaint (SAC) (Dkt. 21) that defendants mistreated him and others while he was a resident in a supported housing apartment operated by defendant Post Graduate Center for Mental Health. Defendants' motion to dismiss is due by July 21, 2025. (*See* Dkt. 28.) Once that motion is filed and served, plaintiff will have four weeks to file his opposition papers, and defendants will then have two weeks to file their reply papers. (*See* Dkt. 22.)

    Although defendants have not yet filed their motion to dismiss, plaintiff has – within the last week – filed two documents in further support of his claims: a letter dated June 19, 2025, in which he shares "reflections that I believe are pertinent to my case and the broader context of mental health advocacy" (Dkt. 29 at 1); and a 38-page "Brief of Plaintiff" in which he presents detailed legal arguments in support of his claims. (Dkt. 30.)

    These filings are improper. "[L]itigation, including motion practice, is an ordered process. Local Civil Rule 6.1 provides for opening papers, opposition papers, and reply papers, in that order." *Paravas v. Cerf*, 2022 WL 203168, at *2 (S.D.N.Y. Jan. 24, 2022). In this case, that "ordered process" will permit plaintiff to file a brief (limited to 8750 words or 25 pages, *see* Local Civ. R. 7.1(c)) in opposition to defendants' anticipated motion to dismiss, *once that motion has been filed*. There is currently no pending motion in this action, and thus no reason for plaintiff to file a brief.

2

Likewise, although certain applications may be made by letter, *see* Local Civ. R. 7.1(e), plaintiff's June 19 letter does not fall into any of the categories for which such correspondence is permitted.

Going forward, unauthorized filings, including letters and briefs, will be disregarded by the Court and may be stricken from the record. Plaintiff is reminded that he is required to comply with the Federal Rules of Civil Procedure (available at https://www.uscourts.gov/forms-rules/current-rules-practice-procedure/federal-rules-civil-procedure), the Court's Local Civil Rules (available at https://www.nysd.uscourts.gov/rules), and Judge Moses's Individual Practices (available at https://nysd.uscourts.gov/hon-barbara-moses).

The Clerk of Court is respectfully directed to mail this Order to plaintiff at 99 Wall Street Ste 3320, New York, NY, 10005, in addition to plaintiff's Bronx address of record. (*See* Dkt. 31 at 2.)

Dated: New York, New York
       June 25, 2025                           **SO ORDERED**.

                                               _____
                                               **BARBARA MOSES**
                                               **United States Magistrate Judge**