UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

          Plaintiff,

-against-

JACOB BARAK and POST GRADUATE CENTER FOR MENTAL HEALTH,

          Defendants.

25-CV-515 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 7, 2025, plaintiff advised the Court that his updated address is 1374 Blondell Avenue Bronx, New York **10461**. The Court notes that his address is incorrectly listed on the docket as 1374 Blondell Avenue Bronx, New York **10467**, and that all Court orders since have been addressed to plaintiff using that incorrect zip code. The Clerk of Court is respectfully directed to update plaintiff's address on the docket with the correct zip code (10461) and mail this Order, along with a copy of the current docket sheet, and following Court orders, to plaintiff at his updated address: Dkts. 22, 27, 28, 31, 32, and 43.

Dated: New York, New York
       September 4, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**