```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

        Plaintiff,

-against-

JACOB BARAK and POST GRADUATE CENTER FOR MENTAL HEALTH,

        Defendants.

25-CV-515 (AT) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's unauthorized sur-reply in further opposition to defendants' motion to dismiss (Dkts. 46, 47) and defendants' letter-response (Dkt. 48). On June 25, 2025, this Court cautioned plaintiff that "unauthorized filings, including letters and briefs, will be disregarded by the Court and may be stricken from the record." (Dkt. 32 at 2.) Consequently, the Court will disregard plaintiff's noncompliant filings at Dkts. 46 and 47, as well as the substantive arguments made by defendants in their letter-response at Dkt. 48.

    The Court does not require, and will not accept, any further briefing on defendants' motion to dismiss.

Dated:  New York, New York
         September 25, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**