UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

        Plaintiff,

    -against-

POST GRADUATE CENTER FOR MENTAL HEALTH
and JACOB BARAK,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/5/2026___
```

25 Civ. 515 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter motion to strike Plaintiff's objections to the Honorable Barbara C. Moses' report and recommendation ("R&R"). *See* Ltr., ECF No. 57; Objs., ECF No. 55. As Defendants note, under Rule IV(D) of the undersigned's Individual Practices in *Pro Se* Cases, typed briefs "concerning objections to magistrate judges' rulings . . . shall not exceed 7,000 words." Plaintiff's 91-page brief objecting to Judge Moses' R&R clearly exceeds this word limit. Accordingly, Defendants' motion is GRANTED. If Plaintiff wishes to file any objections to Judge Moses' R&R, his brief shall not exceed 7,000 words and shall be filed by **March 11, 2026**. Any responses to Plaintiff's objections shall be filed by **March 16, 2026**.

    The Clerk of Court is respectfully directed to strike Plaintiff's objections filed at ECF No. 55, terminate the motion at ECF No. 57, and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated:  March 5, 2026
     New York, New York

ANALISA TORRES
United States District Judge