

**TAMIKA N. HARDY**
PARTNER
(516) 357-3316
tamika.hardy@rivkin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/12/2026

March 12, 2026

**VIA ECF**
Magistrate Judge Barbara C. Moses
United State District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:  Ballentine v. Barak, et. al.
           Docket No.: 25-CV-00515
           RR File No.: 15234-0002

Dear Judge Moses:

This firm represents Defendant Postgraduate Center for Mental Health ("PCMH") and Jacob Barak (collectively, "Defendants") in the above-referenced matter. I write pursuant to Paragraph 2(a) of Your Honor's Individual Rules to respectfully request an extension of Defendants' time to respond to pro se Plaintiff Quintin Ballentine's ("Plaintiff") objection to Magistrate Judge Moses' Report and Recommendation.

Due to a personal matter, I was out of the office part of last week and this week, returning today. Accordingly, I am requesting two weeks from today (through March 26, 2026) to respond to Plaintiff's objections, pursuant to Fed. R. Civ. P. 72(b)(2). This is Defendants' first request for an extension of time to submit a response to Plaintiff's objection to Magistrate Judge Moses' Report and Recommendation. I contacted Plaintiff to inquire about his position regarding my request for a full two weeks to respond, and he did not respond to my email.

I thank the Court for its courtesies regarding this matter.

GRANTED IN PART. Defendant shall file
its response to Plaintiff's objections by
**March 18, 2026**.

SO ORDERED.

Dated:  March 12, 2026
       New York, New York

Respectfully submitted,

RIVKIN RADLER LLP

*Tamika Hardy*

Tamika N. Hardy

**ANALISA TORRES**
**United States District Judge**

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777