USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/14/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

Plaintiff,

-against-

JACOB BARAK and POST GRADUATE CENTER FOR MENTAL HEALTH,

Defendants.

25-CV-515 (AT) (BCM)

**ORDER STRIKING UNAUTHORIZED SUR-REPLY**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's "Proposed Sur-Reply Memorandum of Law in Further Opposition to Defendant's Motion to Dismiss the Third Amended Complaint" (Dkt. 79), and defendants' responding letter (Dkt. 80), arguing that the proposed sur-reply is improper.

Courts generally grant leave to file sur-replies only "when they address arguments raised for the first time in a reply brief." *Sec. & Exch. Comm'n v. Ripple Labs, Inc.*, 2022 WL 329211, at *3 (S.D.N.Y. Feb. 3, 2022). Plaintiff's proposed sur-reply does not address any argument "raised for the first time" in defendants' reply brief. His assertions to the contrary are squarely belied by the record. Moreover, plaintiff has previously been advised that unauthorized filings "will be disregarded by the Court and may be stricken from the record." (Dkt. 32 at 2, Dkt. 49 at 1.) Therefore, the Court STRIKES plaintiff's proposed sur-reply (Dkt. 79) from the record.

Should plaintiff persist in submitting unauthorized filings, he may be sanctioned.

Dated: New York, New York
July 14, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**