USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/21/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

Plaintiff,

-against-

JACOB BARAK and POST GRADUATE CENTER FOR MENTAL HEALTH,

Defendants.

25-CV-515 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 16, 2026, plaintiff requested a status conference to "clarify[] the procedural schedule, address[] any outstanding case-management issues, and promot[e] the efficient resolution of this action." Dkt. 83 at 1. On September 18, 2026, defendants responded by requesting a stay of discovery until there is a decision on defendants' pending motion to dismiss the Third Amended Complaint. Dkt. 84.

Plaintiff may respond to defendants' stay motion no later than **October 1, 2026**. Defendants may submit a brief reply no later than **October 6, 2027**.

Dated: New York, New York
September 21, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**